Form rfiler – ntcrefilerv27.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–16636–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jovanny A Valdez
    130 Lewis St
    Perth Amboy, NJ 08861

Social Security No.:
    xxx–xx–2692

Employer's Tax I.D. No.:

## NOTICE OF EVIDENCE OF REPEAT FILING

To: Debtor, Attorney for Debtor, Trustee and United States Trustee

You are hereby notified that the Clerk has determined that the

- ☑ debtor
- ☐ joint debtor

received a discharge in case number 16–30271 , commenced on 10/24/2016. Pursuant to section 727(a)(8) or 1328(f), the debtor(s) is ineligible to receive a discharge.

Objections to this matter must be in writing and filed with the Clerk on or before April 23, 2019 at

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608

In the event a timely objection is filed, a hearing will be held before the Honorable Judge Michael B. Kaplan on:

DATE:           May 6, 2019
TIME:           10:00 AM
COURTROOM:      8

Dated: April 2, 2019
JAN: mrg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jovanny A Valdez  
      Debtor

Case No. 19-16636-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 02, 2019  
                       Form ID: rfiler      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2019.  
db             +Jovanny A Valdez,    130 Lewis St,    Perth Amboy, NJ 08861-4621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2019 at the address(es) listed below:  
      Albert Russo     docs@russotrustee.com  
      Justin M Gillman    on behalf of Debtor Jovanny A Valdez ecf@gbclawgroup.com,  
       5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                    TOTAL: 3