**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

IN RE:                                                 Case No. 19-16636-MBK
                                                                      Chapter 13

JOVANNY A VALDEZ

Debtor(s).

## NOTICE OF APPEARANCE

**Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, not in its individual capacity but solely as the trustee for the Brougham Fund I Trust**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Christopher M. McMonagle, Esquire**
**Stern & Eisenberg, PC**
**1040 N. Kings Highway, Suite 407**
**Cherry Hill, NJ 08034**

By:     */s/ Christopher M. McMonagle, Esquire*
        Christopher M. McMonagle, Esquire,
        Bar No: 124402015
        Stern & Eisenberg, PC
        1040 N. Kings Highway, Suite 407
        Cherry Hill, NJ 08034
        Phone: (609) 397-9200
        Fax: (856) 667-1456
        cmcmonagle@sterneisenberg.com
        Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 3rd day of May, 2019, to the following:

Justin M. Gillman
Gillman & Gillman
770 Amboy Avenue
Edison, NJ 08837
abgillman@optonline.com
***Attorney for Debtor(s)***


Albert Russo
CN 4853
Trenton, NJ 08650-4853
docs@russotrustee.com
***Chapter 13 Trustee***


US Trustee
Office of the US Trustee
One Newark Center, Suite 2100
Newark, NJ 07102
ustpregion03.ne.ecf@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Jovanny A Valdez
130 Lewis St
Perth Amboy, NJ 08861
***Debtor(s)***


                By:     */s/Christopher M. McMonagle, Esquire*