CHRISTOPHER M. MCMONAGLE, ESQ.,
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| In Re:<br><br>Jovanny A Valdez<br><br>Debtor(s) | Chapter 13<br><br>Case Number: 19-16636-MBK<br><br>Judge: Michael B. Kaplan |
|---|---|

### CERTIFICATE OF SERVICE

I, CHRISTOPHER M. MCMONAGLE, ESQ., hereby certify that a true and correct copy of the within Objection to the Chapter 13 Plan of Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, not in its individual capacity but solely as the trustee for the Brougham Fund I Trust, together with Order and this Certificate, was sent to the Debtor Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

Respectfully submitted,

STERN & EISENBERG, PC

*By: /s/ Christopher M. McMonagle, Esq.*
Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1040 N. Kings Highway, Suite 407
Cherry Hill, NJ 08034
cmcmonagle@sterneisenberg.com
Phone: (609) 397-9200
Fax: (856) 667-1456
Bar Number: 124402015
Counsel for Movant

DATE: May 31, 2019

Service List:

| Name and Address of Party(ies) Served | Relationship of Party(ies) to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☒ Notice of Electronic Filing (NEF)<br>   Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |
| Justin M. Gillman<br>770 Amboy Avenue<br>Edison, NJ 08837 | Debtor Counsel | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☒ Notice of Electronic Filing (NEF)<br>   Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |
| Jovanny A Valdez<br>130 Lewis St<br>Perth Amboy, NJ 08861 | Debtors | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>   Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |