Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–16636–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jovanny A Valdez
130 Lewis St
Perth Amboy, NJ 08861

Social Security No.:
xxx–xx–2692

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       9/11/19
Time:       02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Justin M Gillman, Debtor's Attorney

COMMISSION OR FEES
fee: $5,837.50

EXPENSES
$456.00

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: July 31, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jovanny A Valdez  
    Debtor

Case No. 19-16636-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1              Date Rcvd: Jul 31, 2019
                            Form ID: 137             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2019.
```
db              +Jovanny A Valdez,   130 Lewis St,    Perth Amboy, NJ 08861-4621
lm              +BSI Financial Services as servicer for Wilmington,    632 Colgate Avenue,
                  Perth Amboy, NJ 08861-2337
cr              +Wilmington Savings Fund Society, FSB, et al,    c/o Stern & Eisenberg, PC,
                  1040 N. Kings Highway,    Suite 407,    Cherry Hill, NJ 08034-1925
518157939       +BSI,    314 S Franklin Street,    Titusville, PA 16354-2168
518157940        Bankamerica,    1800 Tapo Canyon Ca6 914 01 91,    Simi Valley, CA 93063
518157941       +Caliber,    715 S Metropolitan,    Oklahoma City, OK 73108-2088
518157943       +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
518157944       +Chase Card,    201 N. Walnut St//Del 1027,    Wilmington, DE 19801-2920
518157945        Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
518157946       +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
518157947       +Middlesex County Sheriff's Office,    701 Livingston Ave.,    New Brunswick, NJ 08901-3345
518157951       +Stern & Eisenberg, PC,    1040 N. Kings Highway,    Suite 407,    Cherry Hill, NJ 08034-1925
518292000        THE BANK OF NEW YORK MELLON FKA THE BANK Et Al...,    c/o Bank Of America, N.A.,    PO BOX 31785,
                  Tampa, FL 33631-3785
518157952        TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
518291673       +Wilmington Savings Fund Society, FSB,    BSI Financial Services, Inc.,
                  314 South Franklin Street,P.O. Box 517,    Titusville, PA 16354-0517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 01 2019 00:40:37      U.S. Attorney,   970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 01 2019 00:40:28      United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518157942        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2019 00:48:39
                  Capital One Bank Usa N,   15000 Capital One Dr,    Richmond, VA 23238
518229907       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 01 2019 00:49:02
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                                TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518157948        Selportsvc
518157949        Statebridg
518157950        Stebrdge Co
                                                                                                TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2019 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Christopher M. McMonagle    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Justin M Gillman    on behalf of Debtor Jovanny A Valdez ecf@gbclawgroup.com,
               5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee, et al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```