**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
_____

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Gillman, Bruton & Capone, LLC**
**770 Amboy Avenue**
**Edison, New Jersey 08837**
**(732) 661-1664**
**Attorney for Debtors**
**By: Justin M. Gillman, Esq.**

Order Filed on September 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jovanny Valdez

    Debtor(s)

Case No.: 19-16636-MBK

Judge: Hon. Michael B. Kaplan, U.S.B.J.

Chapter:      13

Hearing Date: 9/11/2019 at 2:00 p.m.

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 11, 2019**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re:   Jovanny Valdez
Case No. 19-16636-MBK

---

The Applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

IT IS ORDERED as follows:

1. THAT the Applicant, Justin M. Gillman, Esq., is allowed a fee of $5,837.50 for services rendered and expenses in the amount of $456.00 for a total of $6,293.50.

2. THAT the sum of $2,793.50, representing the total allowed fees of $6,293.50, less the $3,500.00 payment received from the Debtor outside the Plan, shall be paid through the Chapter 13 Plan as an administrative priority.