```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____
Caption in Compliance with D.N.J. LBR 9004-1(b)

Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, New Jersey 08837
(732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.
```

**Order Filed on September 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jovanny Valdez

      Debtor(s)

Case No.: 19-16636-MBK

Judge: Hon. Michael B. Kaplan, U.S.B.J.

Chapter:     13

Hearing Date: 9/11/2019 at 2:00 p.m.

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 11, 2019**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re:   Jovanny Valdez
Case No. 19-16636-MBK

_____

The Applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

IT IS ORDERED as follows:

1. THAT the Applicant, Justin M. Gillman, Esq., is allowed a fee of $5,837.50 for services rendered and expenses in the amount of $456.00 for a total of $6,293.50.

2. THAT the sum of $2,793.50, representing the total allowed fees of $6,293.50, less the $3,500.00 payment received from the Debtor outside the Plan, shall be paid through the Chapter 13 Plan as an administrative priority.

United States Bankruptcy Court
District of New Jersey

In re:  
Jovanny A Valdez  
      Debtor

Case No. 19-16636-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 1                  Date Rcvd: Sep 12, 2019
                              Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.
db             +Jovanny A Valdez,    130 Lewis St,    Perth Amboy, NJ 08861-4621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2019 at the address(es) listed below:
      Albert Russo    docs@russotrustee.com
      Christopher M. McMonagle    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
       cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
      Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
       as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Justin M Gillman    on behalf of Debtor Jovanny A Valdez ecf@gbclawgroup.com,
       5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
      Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
       as Trustee, et al... rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 6