| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-16636 / MBK**

Jovanny A Valdez

Petition Filed Date: 04/01/2019
341 Hearing Date: 05/09/2019
Confirmation Date: 07/24/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/01/2019 | $450.00 | 58210720 | 06/03/2019 | $450.00 | 59014790 | 07/02/2019 | $450.00 | 59847710 |
| 08/02/2019 | $450.00 | 60615690 | 09/03/2019 | $450.00 | 61483120 | 10/01/2019 | $450.00 | 62153680 |
| 10/01/2019 | ($450.00) | 62153680 | 10/01/2019 | $450.00 | 62153680 | 11/04/2019 | $450.00 | 63057230 |

**Total Receipts for the Period:  $3,150.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $3,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jovanny A Valdez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Justin M. Gillman, Esq. | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,886.50 | $0.00 | $2,886.50 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $875.46 | $0.00 | $875.46 |
| 3 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»»  NP/632 COLGATE AVE/1ST MTG/ORDER 8/27/2019 | Mortgage Arrears | $18,000.00 | $575.63 | $17,424.37 |
| 4 | THE BANK OF NEW YORK MELLON<br>»»  NP/631 COLGATE AVE/1ST MTG/ORDER 7/9/2019 | Mortgage Arrears | $1,295.12 | $41.42 | $1,253.70 |
| 0 | Justin M. Gillman, Esq.<br>»»  ATTY DISCLOSURE/ORDER 9/11/19 | Attorney Fees | $2,793.50 | $2,793.50 | $0.00 |

**Chapter 13 Case No. 19-16636 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,600.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $3,410.55 | Current Monthly Payment: | $450.00 |
| Paid to Trustee: | $189.45 | Arrearages: | $900.00 |
| Funds on Hand: | $0.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**