Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–16636–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jovanny A Valdez
    130 Lewis St
    Perth Amboy, NJ 08861
Social Security No.:
    xxx–xx–2692
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 5/13/20 at 09:00 AM

to consider and act upon the following:

*44* – Creditor's Certification of Default (related document:34 Order (Generic)) filed by Christopher M. McMonagle on behalf of Wilmington Savings Fund Society, FSB, et al. Objection deadline is 04/13/2020. (Attachments: # 1 Order # 2 Proposed Order # 3 Certificate of Service) (McMonagle, Christopher)

Dated: 4/14/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court