Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−16636−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jovanny A Valdez
   130 Lewis St
   Perth Amboy, NJ 08861

Social Security No.:
   xxx−xx−2692

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/13/20 at 09:00 AM

to consider and act upon the following:

**44** − Creditor's Certification of Default (related document:34 Order (Generic)) filed by Christopher M. McMonagle on behalf of Wilmington Savings Fund Society, FSB, et al. Objection deadline is 04/13/2020. (Attachments: # 1 Order # 2 Proposed Order # 3 Certificate of Service) (McMonagle, Christopher)

Dated: 4/14/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Jovanny A Valdez  
    Debtor

Case No. 19-16636-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 14, 2020  
                         Form ID: ntchrgbk     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2020.  
db         +Jovanny A Valdez,   130 Lewis St,   Perth Amboy, NJ 08861-4621  
lm        +BSI Financial Services as servicer for Wilmington,   632 Colgate Avenue,  
             Perth Amboy, NJ 08861-2337  
cr        +Wilmington Savings Fund Society, FSB, et al,   c/o Stern & Eisenberg, PC,  
             1040 N. Kings Highway,   Suite 407,   Cherry Hill, NJ 08034-1925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2020 at the address(es) listed below:  
         Albert Russo     docs@russotrustee.com  
         Christopher M. McMonagle     on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al  
          cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com  
         Denise E. Carlon     on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,  
          as Trustee, et al... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Justin M Gillman     on behalf of Debtor Jovanny A Valdez ecf@gbclawgroup.com,  
          R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com  
         Rebecca Ann Solarz     on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,  
          as Trustee, et al... rsolarz@kmllawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                            TOTAL: 6