Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–16636–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jovanny A Valdez
   130 Lewis St
   Perth Amboy, NJ 08861

Social Security No.:
   xxx–xx–2692

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 1, 2019.

On May 22, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:        June 24, 2020
Time:        10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 22, 2020
JAN: pbf

                                                  Jeanne Naughton
                                                  Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 19-16636-MBK
Jovanny A Valdez                                                    Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1               Date Rcvd: May 22, 2020
                              Form ID: 185             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2020.
db             +Jovanny A Valdez,   130 Lewis St,   Perth Amboy, NJ 08861-4621
lm             +BSI Financial Services as servicer for Wilmington,   632 Colgate Avenue,
                 Perth Amboy, NJ 08861-2337
cr             +Wilmington Savings Fund Society, FSB, et al,   c/o Stern & Eisenberg, PC,
                 1040 N. Kings Highway,   Suite 407,   Cherry Hill, NJ 08034-1925
518157939      +BSI,   314 S Franklin Street,   Titusville, PA 16354-2168
518157940       Bankamerica,   1800 Tapo Canyon Ca6 914 01 91,   Simi Valley, CA 93063
518157941      +Caliber,   715 S Metropolitan,   Oklahoma City, OK 73108-2088
518157943      +Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
518157945       Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
518157946      +Experian,   475 Anton Blvd,   Costa Mesa, CA 92626-7037
518157947      +Middlesex County Sheriff's Office,   701 Livingston Ave.,   New Brunswick, NJ 08901-3345
518157951      +Stern & Eisenberg, PC,   1040 N. Kings Highway,   Suite 407,   Cherry Hill, NJ 08034-1925
518292000       THE BANK OF NEW YORK MELLON FKA THE BANK Et Al...,   c/o Bank Of America, N.A.,   PO BOX 31785,
                 Tampa, FL 33631-3785
518157952       TransUnion,   P.O. Box 2000,   Crum Lynne, PA 19022
518291673      +Wilmington Savings Fund Society, FSB,   BSI Financial Services, Inc.,
                 314 South Franklin Street,P.O. Box 517,   Titusville, PA 16354-0517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 22 2020 21:55:58      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 22 2020 21:55:58      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518157942       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 22 2020 21:57:04
                 Capital One Bank Usa N,   15000 Capital One Dr,   Richmond, VA 23238
518229907      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 22 2020 21:58:40
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518157944       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 22 2020 21:57:59      Chase Card,
                 201 N. Walnut St//De1 1027,   Wilmington, DE 19801
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518157948      Selportsvc
518157949      Statebridg
518157950      Stebrdge Co
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Christopher M. McMonagle    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Justin M Gillman    on behalf of Debtor Jovanny A Valdez ecf@gbclawgroup.com,
               R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee, et al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```