Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  19−16636−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jovanny A Valdez
   130 Lewis St
   Perth Amboy, NJ 08861

Social Security No.:
   xxx−xx−2692

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       7/28/20
Time:      02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Justin M Gillman, Debtor's Attorney,

COMMISSION OR FEES
fee: $6060.00,

EXPENSES
expenses: $190.00.

If this is a chapter 13 case, the fees and expenses awarded:

     ☑    will not reduce the amount to be paid to general unsecured
              creditors under the plan.

     ☐    will reduce the amount to be paid to general unsecured
              creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 30, 2020
JAN:

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-16636-MBK
Jovanny A Valdez                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Jun 30, 2020
                            Form ID: 137       Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2020.
```
db            +Jovanny A Valdez,    130 Lewis St,    Perth Amboy, NJ 08861-4621
lm            +BSI Financial Services as servicer for Wilmington,    632 Colgate Avenue,
                Perth Amboy, NJ 08861-2337
cr            +Wilmington Savings Fund Society, FSB, et al,    c/o Stern & Eisenberg, PC,
                1040 N. Kings Highway,    Suite 407,    Cherry Hill, NJ 08034-1925
518157939     +BSI,   314 S Franklin Street,    Titusville, PA 16354-2168
518157940      Bankamerica,    1800 Tapo Canyon Ca6 914 01 91,    Simi Valley, CA 93063
518157941     +Caliber,   715 S Metropolitan,    Oklahoma City, OK 73108-2088
518157943     +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
518157945      Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
518157946     +Experian,   475 Anton Blvd,    Costa Mesa, CA 92626-7037
518157947     +Middlesex County Sheriff's Office,    701 Livingston Ave.,    New Brunswick, NJ 08901-3345
518157951     +Stern & Eisenberg, PC,    1040 N. Kings Highway,    Suite 407,    Cherry Hill, NJ 08034-1925
518292000      THE BANK OF NEW YORK MELLON FKA THE BANK Et Al...,    c/o Bank Of America, N.A.,    PO BOX 31785,
                Tampa, FL 33631-3785
518157952      TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
518291673     +Wilmington Savings Fund Society, FSB,    BSI Financial Services, Inc.,
                314 South Franklin Street,P.O. Box 517,    Titusville, PA 16354-0517
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 01 2020 02:56:20    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 01 2020 02:56:17    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518157942      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 01 2020 03:03:12
                Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
518229907     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 01 2020 03:04:08
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518157944      E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 01 2020 03:03:46    Chase Card,
                201 N. Walnut St//De1 1027,    Wilmington, DE 19801
                                                                                              TOTAL: 5
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518157948      Selportsvc
518157949      Statebridg
518157950      Stebrdge Co
                                                                                  TOTALS: 3, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2020 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Christopher M. McMonagle    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Justin M Gillman    on behalf of Debtor Jovanny A Valdez ecf@gbclawgroup.com,
               R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee, et al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```