UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Judge: _____

# NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that _____ will be substituted as attorney of record for Christopher M. McMonagle _____ in this case. [1]

Date: _____         _____
                                       Signature of Former Attorney

Date: _____         _____
                                       Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.

| | |
|---|---|
| 14-24183-CMG | Farah S. Khan |
| 15-12401-CMG | Alvaro Silva-Rojas aka Alvaro Rojas |
| 15-17976-MBK | Tristan I. Richardson |
| 15-18428-CMG | Hazel-Wood Shelaya Shepherd |
| 15-22740-CMG | Jorge L. Mandry |
| 15-27744-MBK | Joseph Barrett |
| 15-28369-JNP | Robert B. Beatty,,II |
| 15-28699-MBK | Allan J. Martin |
| 15-29143-JNP | Terri Smith |
| 15-29638-JNP | Jannie F. Truehart |
| 15-30237-CMG | Tonya L. Winston |
| 16-10597-MBK | Taina Morales |
| 16-11321-CMG | Robert A. DiPaolo |
| 16-11486-MBK | Troy Brandstetter |
| 16-14127-RG | Aileen Flores |
| 16-17236-JNP | Kimberly A. Hall |
| 16-17471-ABA | Barry Wallace |
| 16-17782-MBK | William H. Maass |
| 16-18427-MBK | Iris G. Ramos |
| 16-20904-MBK | Richard J. Taute |
| 16-21850-MBK | Christopher Gold |
| 16-22687-MBK | Mariver Mari Taclan |
| 16-22923-MBK | Steven J. Andrews |
| 16-24378-JNP | Harold E. Harmon |
| 16-26939-MBK | Marcus O. Floyd |

| | |
|---|---|
| 16-28712-MBK | Dana Fech |
| 17-10113-MBK | William J. Anderson |
| 17-10277-CMG | Anthony J. Settecase |
| 17-10301-CMG | Milan Prascak |
| 17-11291-ABA | Timothy P. Harvey and Brenda L. Harvey |
| 17-11674-CMG | Julie Palasits |
| 17-17142-JNP | Frederick W. Houseal |
| 17-18554-MBK | Leroy Richardson |
| 17-20442-CMG | Damian Bomm |
| 17-23548-JNP | Daniel L. Hawk |
| 17-23790-CMG | Nilsa I. Romero |
| 17-23862-VFP | Antonio Marroquin |
| 17-26149-MBK | Michael Fabrizzio |
| 17-28392-MBK | Jennifer Kesil |
| 17-28488-MBK | Dominic S. Scalzo and Mara L. Scalzo |
| 17-28570-JNP | Sandra Ann McCallops |
| 17-30119-MBK | Chris E. Mariconi |
| 17-30808-JNP | Casey D. Braddock |
| 17-33020-CMG | Susan Kathleen DiGiaimo dba FitZinga, LLC |
| 17-36079-MBK | Kevin James Hackett and Beth Anne Hackett |
| 18-10848-JNP | Regina E. Casella aka Regina Casella |
| 18-11843-MBK | Gregory J. Graham and Nichole O. Simmons-Graham |
| 18-12033-MBK | Tzvi Atzbi |
| 18-12554-MBK | Donald K. Hallcom |
| 18-14113-JNP | Gerald P. Nugent, III |

| | |
|---|---|
| 18-15243-MBK | Maria Carriero-Velasquez |
| 18-15895-CMG | David A. Handwerk Jr. and Jolene R. Handwerk |
| 18-17015-MBK | Christopher Malfettano and Shannon Malfettano |
| 18-19028-MBK | Linda J. Flora |
| 18-20739-CMG | Harriette K. Neyor and John P Neyor |
| 18-22440-MBK | Nathan J. Hofmann |
| 18-23780-MBK | Michael A. Forbeck |
| 18-24810-CMG | Anne P. Dackis |
| 18-26255-MBK | Eric T. Georges |
| 18-27599-KCF | Pawel Tomasz Reczek |
| 18-28200-CMG | Janice E. Olszewski |
| 18-28608-ABA | Carlos Venbennutti, Jr. |
| 18-29145-MBK | Robert Dafeldecker |
| 18-30126-CMG | Arvene R. Yeager |
| 18-30148-MBK | Glen B. Adams and Amy L. Adams |
| 18-34020-ABA | Robert J. Kirkland, IV and Robyn M. Kirkland |
| 18-34383-MBK | Tammy D. Pesarini |
| 18-34469-ABA | Audrey E. Norman |
| 18-35219-JNP | Jeffrey W. Winter |
| 19-10238-MBK | Shawn Thompson |
| 19-12380-CMG | Mark Edward Danyo |
| 19-12672-MBK | John M. O'Brien, III |
| 19-12888-MBK | JS & ES Holdings, LLC |
| 19-12947-CMG | Emma L. Flattery |
| 19-13884-MBK | James L. Erdmann |

| | |
|---|---|
| 19-16136-MBK | Steven R. Bishop |
| 19-16636-MBK | Jovanny A. Valdez |
| 19-16808-JKS | Thomas J. Vilardo, Sr. |
| 19-18027-MBK | Zenaida A. Acuna |
| 19-18028-MBK | James Henry and Lisa Henry |
| 19-18085-ABA | Steven R. Capra |
| 19-18178-MBK | Pamela A. Hendrickson |
| 19-18333-MBK | Tania M. Brown |
| 19-18757-ABA | George W. McCullough, III |
| 19-18922-MBK | Patricia Lynn Fizur |
| 19-19026-JNP | Tomeeka L. Collins |
| 19-19553-MBK | Joe Imbrenda |
| 19-20932-JNP | Mark Schwartz and Betty Ann Schwartz |
| 19-21612-MBK | Eunice Svitzer |
| 19-21813-MBK | Christopher M. Lyons and Tabitha J. Lyons |
| 19-21955-MBK | Kenneth Hartmann and Rebecca Hartman |
| 19-22583-MBK | Theron Cromer |
| 19-23430-SLM | Bassam Jafar |
| 19-24162-MBK | Leslie A. Dona |
| 19-24221-MBK | Elizandro Rivera |
| 19-24368-CMG | Gerald Andre |
| 19-24730-MBK | Cynthia M. Calinda |
| 19-24892-MBK | Sean O'Brien and Jennifer O'Brien |
| 19-24951-JNP | Nicole E. Statesman |
| 19-25019-JNP | Eugene Frederick Hammel, Jr. and Eleanor Hammel |

| | |
|---|---|
| 19-25471-JNP | Myrna J. Jackson |
| 19-25497-CMG | Philip I. Brilliant |
| 19-25991-MBK | William J. Brieden |
| 19-26847-CMG | Erina Murica and Marlon Murica |
| 19-27318-CMG | Robert P. Berger |
| 19-27415-MBK | Noha N. Sadek |
| 19-27588-JNP | Marlene L. Aikens |
| 19-27971-MBK | Wayne Jablonski |
| 19-28000-ABA | Jennifer Denise Puelles |
| 19-28717-ABA | Terance C. Henderson |
| 19-28967-MBK | Michael Stephen Tomosky and Gabriella Suzanne Tomosky |
| 19-29943-CMG | Michael J. Piereth, Sr. |
| 19-30282-CMG | Phillip Patricola |
| 19-30531-JNP | Wanda K. Lee-Jackson |
| 19-30586-ABA | Troy T. Spencer |
| 19-30866-JNP | William R. Nester and Tracey L. Williams |
| 19-30919-ABA | Claudia A. Smith |
| 19-31142-CMG | Catherin M. Connelly |
| 19-31691-JNP | Malissa Williams |
| 19-31768-MBK | Axlyne Sylvain |
| 19-31844-RG | Helen C. James-Bridges |
| 19-31971-MBK | Ronald Faillace |
| 19-32993-MBK | Manuel J. Pineiro |
| 19-33178-MBK | Jordan M. Gilder and Syma J. Gilder |
| 20-10616-MBK | Richard M. Zeller |

| | |
|---|---|
| 20-10799-JNP | Christopher T. Johnson |
| 20-10966-ABA | Michael Heller and Maria Heller |
| 20-11107-MBK | Joseph W. Atkerson, Jr. |
| 20-11751-JKS | Anthony J. Rozier |
| 20-11786-MBK | Nieves F. Leon |
| 20-11856-CMG | Kelly A. Lembo |
| 20-12260-MBK | Ketan Shah |
| 20-13135-CMG | Judith R. Balogh |
| 20-13191-ABA | Alexis M. Brown |
| 20-13553-ABA | William J. Gordon |
| 20-15234-MBK | Luisa J. Ordonez-Pineda |
| 20-15690-JNP | Cesar Palma-Bautista |
| 20-15892-MBK | Julius Smith |
| 20-17267-CMG | Kathy Jean Siddons |