| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-16636 / MBK**

Jovanny A Valdez

Petition Filed Date: 04/01/2019
341 Hearing Date: 05/09/2019
Confirmation Date: 07/24/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2020 | $450.00 | 64442000 | 06/05/2020 | $2,761.00 | 68455950 | 07/27/2020 | $2,761.00 | 69652600 |
| 08/31/2020 | $2,761.00 | 70443330 | 10/02/2020 | $2,761.00 | 71287920 | 11/02/2020 | $2,761.00 | 72022890 |
| 12/03/2020 | $2,761.00 | 72805530 | 01/11/2021 | $2,761.00 | 73679570 | 02/10/2021 | $2,761.00 | 74445910 |

**Total Receipts for the Period: $22,538.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $25,688.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Jovanny A Valdez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Justin M. Gillman, Esq. | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,886.50 | $0.00 | $2,886.50 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $875.46 | $0.00 | $875.46 |
| 3 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»»  NP/632 COLGATE AVE/1ST MTG | Mortgage Arrears | $165,547.37 | $10,482.78 | $155,064.59 |
| 4 | THE BANK OF NEW YORK MELLON<br>»»  NP/631 COLGATE AVE/1ST MTG | Mortgage Arrears | $1,295.12 | $116.71 | $1,178.41 |
| 0 | Justin M. Gillman, Esq. | Attorney Fees | $2,793.50 | $2,793.50 | $0.00 |
| 0 | Justin M. Gillman, Esq.<br>»»  ORDER 7/31/20 | Attorney Fees | $5,250.00 | $5,250.00 | $0.00 |

**Chapter 13 Case No. 19-16636 / MBK**

|  | **SUMMARY** |  |  |
|---|---|---|---|

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,688.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $18,642.99 | Current Monthly Payment: | $2,761.00 |
| Paid to Trustee: | $1,859.85 | Arrearages: | $2,700.00 |
| Funds on Hand: | $5,185.16 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**