B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

In re: JOVANNY A VALDEZ                                   Case No. 19-16636

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee for CVI LCF Mortgage Loan Trust I | Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, not in its individual capacity but solely as the trustee for the Brougham Fund I Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 3945

Court Claim # (if known): 3-1
Amount of Claim: $542,908.19
Date Claim Filed: 06/07/2019

Phone: 800-327-7861
Last Four Digits of Acct. #: 9816

Name and Address where transferee payments should be sent (if different from above):

Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 3945

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Arvind Nath Rawal                                Date: 05/12/2021
    AIS Portfolio Services, LP as agent
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | | |
|---|---|---|
| Case Name: | JOVANNY A VALDEZ ) ) ) ) | Case No.   19-16636<br>Judge:   MICHAEL B. KAPLAN<br>Chapter:   13 |

## CERTIFICATE OF SERVICE

PLEASE BE ADVISED that on 05/12/2021 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2)(the "Bankruptcy Rules"), U.S. Bank Trust National Association, as Trustee for CVI LCF Mortgage Loan Trust I filed Transfer of Claim.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and any and all applicable Bankruptcy Rules.

I hereby certify that on 05/12/2021 a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, by First Class U.S. Mail, postage prepaid.

Debtor:
JOVANNY A VALDEZ
130 LEWIS ST.,
PERTH AMBOY, NJ 08861

I hereby certify that on 05/12/2021 a copy of this Notice and all attachments on the following by Electronic Notification via CM/ECF and/or other Electronic Notification:

Trustee:
ALBERT RUSSO
CN 4853,
TRENTON, NJ 08650

Debtor's counsel:
GILLMAN BRUTON & CAPONE LLC
JUSTIN M GILLMAN
770 AMBOY AVE,
EDISON, NJ 08837

All Parties in Interest
All Parties requesting Notice

By: /s/ Arvind Nath Rawal
Arvind Nath Rawal, AIS Portfolio Services, LP as agent
Transferee/Transferee's Agent