| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 19-16636 / MBK**

Jovanny A Valdez

Petition Filed Date: 04/01/2019
341 Hearing Date: 05/09/2019
Confirmation Date: 07/24/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2021 | $2,761.00 | 73679570 | 02/10/2021 | $2,761.00 | 74445910 | 03/05/2021 | $2,761.00 | 75035340 |
| 04/06/2021 | $2,761.00 | 75805680 | 05/10/2021 | $2,761.00 | 76622540 | 06/29/2021 | $2,761.00 | 77718810 |
| 07/28/2021 | $2,761.00 | 78370680 | 09/09/2021 | $2,761.00 | 79371760 | 10/13/2021 | $2,761.00 | 80110130 |
| 11/09/2021 | $2,761.00 | 80717390 | 01/04/2022 | $2,761.00 | 81870450 | | | |

**Total Receipts for the Period: $30,371.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $50,537.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS |

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jovanny A Valdez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Justin M. Gillman, Esq. | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,886.50 | $0.00 | $2,886.50 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $875.46 | $0.00 | $875.46 |
| 3 | US BANK TRUST, N.A.<br>»» NP/632 COLGATE AVE/1ST MTG/WILM SAVINGS | Mortgage Arrears | $165,547.37 | $35,944.52 | $129,602.85 |
| 4 | THE BANK OF NEW YORK MELLON<br>»» NP/631 COLGATE AVE/1ST MTG | Mortgage Arrears | $1,295.12 | $310.19 | $984.93 |
| 0 | Justin M. Gillman, Esq. | Attorney Fees | $2,793.50 | $2,793.50 | $0.00 |
| 0 | Justin M. Gillman, Esq.<br>»» ORDER 7/31/20 | Attorney Fees | $5,250.00 | $5,250.00 | $0.00 |

**Chapter 13 Case No. 19-16636 / MBK**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | |
|---|---|---|
| Total Receipts: | $50,537.00 | Percent to General Unsecured Creditors: 100% |
| Paid to Claims: | $44,298.21 | Current Monthly Payment: $2,761.00 |
| Paid to Trustee: | $3,709.71 | Arrearages: $10,983.00 |
| Funds on Hand: | $2,529.08 | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

