B2100B (Form 2100B) (12/15)

# UNITED STATES BANKRUPTCY COURT
# FOR THE Main District of NEW JERSEY

IN RE: § 
 § CASE NO.
JOVANNY A VALDEZ § 19-16636-MBK
 § Chapter 13
 §

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim Number  **4**  was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on <u>3/22/2022</u>  (date).

Name of Alleged Transferor
**THE BANK OF NEW YORK MELLON FKA THE BANK Et Al...**
**c/o Bank Of America, N.A.**

Name of Transferee
**The Bank of New York Mellon FKA THe Bank of New York AS Trustee for te Certificateholder of the CWALT Inc ALternative Loan Trust 2007 HY7C Mortgage Pass Through Certificates Series 5007-HY7C**

Address of Alleged Transferor:
**THE BANK OF NEW YORK MELLON FKA THE BANK Et Al...**
**c/o Bank Of America, N.A.**
PO BOX 31785
Tampa, FL 33631-3785

Address of Transferee:
Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                    _____
                                                                                              CLERK OF THE COURT

B-2100A (Form 2100A)(12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE Main District of NEW JERSEY

IN RE:   §
         §   CASE NO.
JOVANNY A VALDEZ   §   19-16636-MBK
         §   Chapter 13
         §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| The Bank of New York Mellon FKA THe Bank of New York AS Trustee for te Certificateholder of the CWALT Inc ALternative Loan Trust 2007 HY7C Mortgage Pass Through Certificates Series 5007-HY7C | THE BANK OF NEW YORK MELLON FKA THE BANK Et Al...c/o Bank Of America, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675

Phone: (800)365-7107
Last Four Digits of Acct #: 8589

Court Claim # (if known): 4
Amount of Claim: $ 126099.51
Date Claim Filed: 6/7/2019

Phone: (800) 643-0202
Last Four Digits of Acct.#: 8923

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Larry Yip          Date:    3/22/2022

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# UNITED STATES BANKRUPTCY COURT
# FOR THE Main District of NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>JOVANNY A VALDEZ | CASE NO.<br>19-16636-MBK<br>Chapter 13 |

### CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 3/22/2022 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*

JOVANNY A VALDEZ
130 Lewis St
Perth Amboy, NJ 08861-4621

**Debtors' Attorney**
JUSTIN M GILLMAN
GILLMAN, BRUTON & CAPONE, LLC
770 Amboy Ave
Edison, NJ 08837-3224

**Chapter 13 Trustee**
ALBERT RUSSO
CN 4853
TRENTON, NJ 08650-4853

Respectfully Submitted,

/s/ Rory Liebhart
Rory Liebhart