Order Filed on November 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Jovanny A Valdez

Case No.: 19-16636

Chapter: 13

Hearing Date:

Judge: Michael B. Kaplan

## ORDER VACATING

#83 Order Granting Motion For Relief From Stay re: 631 Colgate Avenue, Perth Amboy, NJ

The relief set forth on the following page is hereby **ORDERED**.

**DATED:** November 14, 2022

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court on its own motion finds that the:

#83 Order Granting Motion For Relief From Stay re: 631 Colgate Avenue, Perth Amboy, NJ

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated     11/10/2022    , be and the same is hereby vacated.

*revised 2/25/14*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-16636-MBK |
| Jovanny A Valdez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 14, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jovanny A Valdez, 130 Lewis St, Perth Amboy, NJ 08861-4621 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor Jovanny A Valdez ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor U.S. Bank Trust National Association as Trustee for CVI LCF Mortgage Loan Trust I mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 14, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Phillip Andrew Raymond
    on behalf of Creditor U.S. Bank Trust National Association  as Trustee for CVI LCF Mortgage Loan Trust I phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Sherri Jennifer Smith
    on behalf of Creditor The Bank of New York Mellon fka The Bank of New York  as Trustee, et al... ssmith@pincuslaw.com, brausch@pincuslaw.com

Steven P. Kelly
    on behalf of Creditor Wilmington Savings Fund Society  FSB, et al skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9