**GILLMAN, BRUTON & CAPONE, LLC**
Justin M. Gillman, Esq.
770 Amboy Avenue
Edison, NJ 08837
Telephone: (732) 661-1664
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

Order Filed on January 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Jovanny Valdez, | Case No. 19-16636 |
| Debtor(s). | Hearing Date: January 11, 2023 |
| | Judge: Michael B. Kaplan |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED:** January 12, 2023

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4857-8272-9279, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Justin Gillman_____, the applicant, is allowed a fee of $_____1,792.50_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____1,792.50_____. The allowance is payable:

☒ $___1,792.50___ through the Chapter 13 plan as an administrative priority.

☒ $_____0_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $____2,804.00____ per month for __41__ months beginning February 2023 to allow for payment of the above fee.

rev.8/1/15

4857-8272-9279, v. 1