DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT
Caption in Compliance with D.N.J. LBR 9004-1(b)

Courtney R Shed, Esq. - 414442023
GROSS POLOWY, LLC
Formed in the State of Delaware
2500 Plaza 5, Suite 2548
Jersey City, NJ 07311
(716) 204-1700
E-mail: cshed@grosspolowy.com
Attorneys for Creditor Fay Servicing, LLC as servicing agent for U.S. Bank Trust National Association, as Trustee for CVI LCF Mortgage Loan Trust I

In Re:

    Jovanny A Valdez

        Debtor(s).

Case No.: 19-16636-mbk

Hearing Date: June 28, 2023

Judge: Michael B. Kaplan

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Kristen M. Cichocki:

   ☐ represent the Fay Servicing, LLC as servicing agent for U.S. Bank Trust National Association, as Trustee for CVI LCF Mortgage Loan Trust I in the above-captioned matter.

   ☒ am the secretary/ paralegal for Gross Polowy, LLC, who represents Fay Servicing, LLC as servicing agent for U.S. Bank Trust National Association, as Trustee for CVI LCF Mortgage Loan Trust I, in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself

2. On May 25, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Motion for Relief from Stay

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 25, 2023

_Kristen M. Cichocki_

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center<br>Ste. 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court) |