UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, NJ 08837
(732) 661-1664
Attorney for the Debtor(s)

By: Justin M. Gillman, Esq.

| | |
|---|---|
| In Re: | Case No.:    19-16636-MBK |
| Jovanny Valdez | Judge:    Kaplan |
| | Chapter:    13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by   Fay Servicing  , creditor,

    A hearing has been scheduled for   June 28, 2023  , at  9:00 AM .

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☒ Payments have been made in the amount of $   9,180.00  , but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

This is a multi-family rental property and Debtor had issues in past with tenants not paying rent in a timely fashion. Delinquency arose in late 2022 and early 2023 and Debtor has been making regular payments plus additional amounts on a monthly basis since that time.

☒ Other **(explain your answer)**:

Debtor can continue to make payments and cure remaining arrears in a reasonable time or through Chapter 13 Plan.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 6/21/2023_____  /s/ Jovanny Valdez_____
                                                                            Debtor's Signature

Date: _____     _____
                                                                            Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*