| | |
|---|---|
| **DISTRICT OF NEW JERSEY**<br>**UNITED STATES BANKRUPTCY COURT**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Courtney R Shed, Esq. - 414442023<br>GROSS POLOWY LLC<br>Formed in the State of Delaware<br>2500 Plaza 5, Suite 2548<br>Jersey City, NJ 07311<br>(716) 204-1700<br>E-mail: cshed@grosspolowy.com<br>Attorneys for Creditor Fay Servicing, LLC as servicing agent for U.S. Bank Trust National Association, as Trustee for CVI LCF Mortgage Loan Trust I | |
| In Re:<br><br>JOVANNY A VALDEZ<br><br>Debtor(s). | Case No.: 19-16636-mbk<br><br>Hearing Date: August 9, 2023<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Please mark the Motion For Relief filed as document no. 95 on May 25, 2023 as settled. Order to be submitted to Court, thank you.

DATED: July 20, 2023

Fay Servicing, LLC as servicing agent for U.S. Bank Trust National Association, as Trustee for CVI LCF Mortgage Loan Trust I

/s/ Courtney R Shed
Courtney R Shed, Esq. - 414442023
GROSS POLOWY LLC
Formed in the State of Delaware
2500 Plaza 5, Suite 2548
Jersey City, NJ 07311
(716) 204-1700
E-Mail: cshed@grosspolowy.com

*rev.8/1/15*