UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, NJ 08837
(732) 661-1664
Attorney for the Debtor(s)

By: Justin M. Gillman, Esq.

In Re:

Case No.:     19-16636

Chapter:     13

Hearing Date:     10/11/2023

Judge:     MBK

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled       ☒ Withdrawn

Matter:  Debtor's Modifed Plan - Afte rConfirmation (ECF No. 99)

_____

Date: 10/5/2023                              /s/ Justin M. Gillman
                                                           Signature

*rev.8/1/15*