Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−16636−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jovanny A Valdez
   130 Lewis St
   Perth Amboy, NJ 08861

Social Security No.:
   xxx−xx−2692

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:    1/24/24
Time:    02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Justin M Gillman, Debtor's Attorney

COMMISSION OR FEES
fee: $4548.00

EXPENSES
expenses: $0

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured
          creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
          creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 21, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jovanny A Valdez  
    Debtor

Case No. 19-16636-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Dec 21, 2023      Form ID: 137      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jovanny A Valdez, 130 Lewis St, Perth Amboy, NJ 08861-4621 |
| aty | ++++ | COURTNEY R SHED, 2500 PLAZA FIVE STE 2548, JERSEY CITY NJ 07311 address filed with court:, Courtney R Shed, 2500 Plaza 5, Suite 2548, Jersey City, NJ 07311 |
| lm | + | BSI Financial Services as servicer for Wilmington, 632 Colgate Avenue, Perth Amboy, NJ 08861-2337 |
| cr | + | Wilmington Savings Fund Society, FSB, et al, c/o Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 518157939 | + | BSI, 314 S Franklin Street, Titusville, PA 16354-2168 |
| 518157941 | + | Caliber, 715 S Metropolitan, Oklahoma City, OK 73108-2054 |
| 519827122 | + | Fay Servicing, LLC as servicing agent for U.S. Ban, Gross Polowy LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |
| 518157947 | + | Middlesex County Sheriff's Office, 701 Livingston Ave., New Brunswick, NJ 08901-3345 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 21 2023 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 21 2023 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ECF@fayservicing.com | Dec 21 2023 20:45:00 | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 518157940 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 21 2023 20:44:00 | Bankamerica, 1800 Tapo Canyon Ca6 914 01 91, Simi Valley, CA 93063 |
| 518157942 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 21 2023 20:58:32 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 518229907 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 21 2023 20:58:22 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518157943 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2023 20:58:20 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518157945 | | Email/Text: bankruptcycourts@equifax.com | Dec 21 2023 20:45:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518157946 | ^ | MEBN | Dec 21 2023 20:39:31 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518157944 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 21 2023 20:47:34 | Chase Card, 201 N. Walnut St//De1 1027, Wilmington, DE 19801 |
| 519539837 | + | Email/Text: mtgbk@shellpointmtg.com | | |

Case 19-16636-MBK    Doc 122    Filed 12/23/23    Entered 12/24/23 00:14:16    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2023 | Form ID: 137 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 21 2023 20:44:00 | THE BANK OF NEW YORK MELLON, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, THE BANK OF NEW YORK MELLON, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 519539836 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 21 2023 20:44:00 | THE BANK OF NEW YORK MELLON, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518292000 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 21 2023 20:44:00 | THE BANK OF NEW YORK MELLON FKA THE BANK Et Al..., c/o Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 518157952 | ^ | MEBN | Dec 21 2023 20:38:17 | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519208817 | ^ | MEBN | Dec 21 2023 20:39:47 | U.S. Bank Trust National Association, as Trustee f, PO Box 814609, Dallas, TX 75381-4609 |
| 519208818 | ^ | MEBN | Dec 21 2023 20:39:47 | U.S. Bank Trust National Association, as Trustee f, PO Box 814609, Dallas, TX 75381-4609, U.S. Bank Trust National Association, as, PO Box 814609, Dallas, TX 75381-4609 |
| 518291673 | + | Email/Text: bankruptcy@bsifinancial.com | Dec 21 2023 20:45:00 | Wilmington Savings Fund Society, FSB, BSI Financial Services, Inc., 314 South Franklin Street,P.O. Box 517, Titusville, PA 16354-0517 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518157948 | | Selportsvc |
| 518157949 | | Statebridg |
| 518157950 | | Stebrdge Co |
| 518157951 | ##+ | Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |

TOTAL: 3 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 23, 2023          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2023 | Form ID: 137 | Total Noticed: 25 |

Ashley Pascuzzi
    on behalf of Creditor Fay Servicing  LLC as servicing agent for U.S. Bank Trust National Association, as Trustee for CVI LCF Mortgage Loan Trust I ecfnotices@grosspolowy.com

Courtney R. Shed
    on behalf of Creditor Fay Servicing  LLC as servicing agent for U.S. Bank Trust National Association, as Trustee for CVI LCF Mortgage Loan Trust I cshed@grosspolowy.com, ecfnotices@grosspolowy.com

Denise E. Carlon
    on behalf of Creditor The Bank of New York Mellon fka The Bank of New York  as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Justin M Gillman
    on behalf of Debtor Jovanny A Valdez ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Melissa N. Licker
    on behalf of Creditor U.S. Bank Trust National Association  as Trustee for CVI LCF Mortgage Loan Trust I mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond
    on behalf of Creditor U.S. Bank Trust National Association  as Trustee for CVI LCF Mortgage Loan Trust I phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Sherri Jennifer Smith
    on behalf of Creditor The Bank of New York Mellon fka The Bank of New York  as Trustee, et al... ssmith@pincuslaw.com, amautz@pincuslaw.com

Steven P. Kelly
    on behalf of Creditor Wilmington Savings Fund Society  FSB, et al skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11