**GILLMAN, BRUTON & CAPONE, LLC**
Justin M. Gillman, Esq.
770 Amboy Avenue
Edison, NJ 08837
Telephone: (732) 661-1664
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

Order Filed on January 25, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:        | Chapter 13                         |
|---------------|------------------------------------|
| Jovanny Valdez, | Case No. 19-16636                |
| Debtor(s).    | Hearing Date: January 24, 2024     |
|               | Judge: Michael B. Kaplan           |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 25, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4862-6603-7399, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Justin Gillman_____, the applicant, is allowed a fee of $_____4,548.00_____for services rendered and expenses in the amount of $_____0_____for a total of $_____4,548.00_____. The allowance is payable:

- ☒  $  3,000.00     through the Chapter 13 plan as an administrative priority.
- ☒  $  1,548.00     outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____per month for ___n/a___months to allow for payment of the above fee.

rev.8/1/15

4862-6603-7399, v. 1