| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Laura Egerman, Esq.<br>McCalla Raymer Leibert Pierce, LLC<br>485F US Highway 1 S, Suite 300<br>Iselin, NJ  08830<br>848-288-9512<br>NJ_ECF_Notices@McCalla.com | |
| In Re:<br>Jovanny A Valdez, | Case No.: 19-16636-MBK<br>Chapter: 13<br>Judge: Michael B. Kaplan |

## WITHDRAWAL OF NOTICE OF PAYMENT CHANGE

    COMES NOW U.S. Bank Trust National Association, as Trustee for CVI LCF Mortgage Loan Trust I by and through its Authorized Agent, McCalla Raymer Leibert Pierce, LLC, and respectfully requests this Court to allow it to withdraw the Notice of Payment Change filed on December 4, 2023 as a loan modification has been finalized.

Notice of Payment Change Filed Date: December 4, 2023

Notice of Payment Change Claim Number:  3

 

                /s/Laura  Egerman
                Laura  Egerman

                McCalla Raymer Leibert Pierce, LLC
                1544 Old Alabama Road
                Roswell, GA 30076
                Phone: 848-288-9512
                laura.egerman@mccalla.com

|  |  |
|---|---|
| In Re: | Bankruptcy Case No.: 19-16636-MBK |
| Jovanny A Valdez | Chapter: 13 |
|  | Judge: Michael B. Kaplan |

## CERTIFICATE OF SERVICE

I, Laura Egerman, of McCalla Raymer Leibert Pierce, LLC, 485F US Highway 1 S, Suite 300, Iselin, NJ 08830, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused a copy of the within WITHDRAWAL OF NOTICE OF PAYMENT CHANGE to be filed and served in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Jovanny A Valdez
130 Lewis St
Perth Amboy, NJ 08861

Justin M Gillman                            *(served via ECF Notification)*
Gillman, Bruton & Capone, LLC
770 Amboy Ave
Edison, NJ 08837

Albert Russo, Trustee                       *(served via ECF Notification)*
CN 4853
Trenton, NJ 08650-4853

U.S. Trustee                                *(Served via ECF Notification)*
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   04/09/2024     By:    */s/Laura Egerman*
                  (date)                Laura Egerman